United States District Court
Eastern District of New York

1:20-cv-06018-LDH-CLP

Jeff Jones, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -

Dietz & Watson, Inc.,

                Defendant

Notice of Voluntary Dismissal

      Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 10, 2021

                Respectfully submitted,

                Sheehan & Associates, P.C.

                /s/Spencer Sheehan

                Spencer Sheehan
                60 Cuttermill Rd Ste 409
                Great Neck NY 11021-3104
                Tel: (516) 268-7080
                Fax: (516) 234-7800
                spencer@spencersheehan.com
                E.D.N.Y. # SS-8533
                S.D.N.Y. # SS-2056

1:20-cv-06018-LDH-CLP
United States District Court
Eastern District of New York

Jeff Jones, individually and on behalf of all others similarly situated,

                              Plaintiff,

                      - against -

Dietz & Watson, Inc.,

                             Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
  Great Neck NY 11021-3104
     Tel: (516) 268-7080
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: January 10, 2021

                                                               /s/ Spencer Sheehan
                                                                  Spencer Sheehan

Certificate of Service

I certify that on January 10, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan